IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA, et. al. | |
|     Plaintiff, | 15cv1000 |
| | LEAD CASE |
|     v. | **ELECTRONICALLY FILED** |
| FOOT LOCKER, INC., et. al. | |
|     Defendant. | |

_____

| | |
|---|---|
| ACCESS NOW, INC. | 15cv1626 |
| *a not- for- profit corporation*, ET AL. | MEMBER CASE |
|     Plaintiffs, | |
|     v. | |
| ACE HARDWARE CORPORATION, | |
|     Defendant. | |

_____

| | |
|---|---|
| MICHELLE SIPE, ET AL. | |
|     Plaintiffs, | 15cv1630 |
| | MEMBER CASE |
|     v. | |
| FRY'S ELECTRONICS, INC. | |
|     Defendant. | |

_____

MICHELLE SIPE, ET AL.

        Plaintiffs,                15cv1631
                                               MEMBER CASE

              v.

ADIDAS AMERICA, INC.

        Defendant.

_____

MICHELLE SIPE, ET AL.

        Plaintiffs,                15cv1640
                                               MEMBER CASE

              v.

AEROPOSTALE, INC.,

        Defendant.

MICHELLE SIPE, ET AL.

        Plaintiffs,                15cv1641
                                               MEMBER CASE

              v.

PATAGONIA WORKS, INC.,

        Defendant.

## ORDER OF COURT

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action Nos. 15-1626, 15-1630, 15-1631, 15-1640, and 15-1641 are hereby consolidated with Civil Action No. 15-1000, the lead case as captioned above.

2. All pleading, motions, and other papers hereafter filed shall be filed at Civil Action No. 15-1000.

3. The Clerk of Court shall close Civil Action Nos. 15-1626, 15-1630, 15-1631, 15-1640, and 15-1641.

**SO ORDERED** this 1st day of February, 2016.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge